JULIA REINHARDT, Respondent, v. INTERNATIONAL RAILWAY
COMPANY et al., Appellants.

Reported below, 137 App. Div. 927.
(Argued November 14, 1910; decided November 22, 1910.)

MOTION to dismiss the appeal of the appellant City of Buffalo from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 14, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of defendants.

The motion was made upon the ground that the exceptions

of the appellant City of Buffalo presented no questions for review.

*Fred D. Russell* for motion.

*Clark H. Hammond* opposed.

Motion denied, with ten dollars costs.